[No. 13369–1–I.   Division One.   November 13, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
D. McVAY, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82–1–00332–1, Marshall Forrest, J.,

entered June 13, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, A.C.J., and Williams, J.